Ethel Melbye, appellant, v. Harry Melbye, appellee. Gen. No. 24,652.

Suit for divorce. Dismissal of bill for want of equity. Appeal from the Superior Court of Cook county; the Hon. Joseph H. Fitch, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and remanded with directions. Opinion filed October 15, 1919.

L. J. Haigler, for appellant. No appearance for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Vaclar Matousek, appellee, v. Charles Stahulak, appellant. Gen. No. 24,670.

Action to recover for material and labor furnished in construction of building. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed October 15, 1919. Rehearing denied October 29, 1919.

Lefkow & Lefkow, for appellant; K. B. Czarnecki, of counsel. H. M. Pierce, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Marie H. L. Kleinfeldt, by William Kleinfeldt, appellee, v. Chicago Eye Shield Company, appellant. Gen. No. 24,428.

Action to recover for injury to hand of minor employee under 16 years of age, operating stamping machine. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Anton T. Zeman, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed October 15, 1919. *Certiorari* denied by Supreme Court (making opinion final).

Burt A. Crowe, for appellant. Bulkley, More & Tallmadge, for appellee.

---

Ralph W. Condee (plaintiff), defendant in error, v. Michael Zimmer, sheriff (defendant) and Gustav Mueller. Gustav Mueller, plaintiff in error. Gen. No. 24,445.

Action of replevin. Judgment for plaintiff. Error to the Circuit Court of Cook county; the Hon. John Gibbons, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed October 15, 1919.

A. G. Dicus, for plaintiff in error. William A. Rogan, for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.